UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Farmers New World Life Insurance Company,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>Atalanta Lowrey, et al.,<br><br>　　　　　　Defendants | Case No. 2:25-cv-00624-CDS-BNW<br><br>**Order Directing Parties to Clarify** |

　　　Plaintiff Farmers New World Life Insurance Company filed an unopposed motion for discharge on June 2, 2025. ECF No. 17. The court seeks to clarify if the plaintiff intends to seek default judgment against defendants Nicole Baker and Atalanta Lowrey, as the clerk's default was entered after the unopposed dismissal motion. *See* default, ECF No. 19. For clarity of the record, the plaintiff is ordered to submit a short response to this order, not to exceed five pages, by August 4, 2025, clarifying whether they will be seeking default judgment against Lowrey and Baker. Moreover, there is a pending crossclaim. *See* Answer, ECF No. 11. Further, the defendants must clarify if the unopposed discharge also resolves the pending crossclaim in its entirety by August 4, 2025.

　　　Dated: July 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge