UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>ATALANTA LOWREY, NICOLE BAKER, CHRISTINA LOWREY, Individually and as Special Administrator of the THE ESTATE OF RUDY EUGENE PAUL LOWREY,<br><br>Defendants | Case No. 2:25-cv-00624-CDS-BNW<br><br>**ORDER FOR DISCHARGE**<br><br>[ECF No. 17] |

THIS CAUSE, having come before the Court on plaintiff Farmers New World Life Insurance Company's ("FNWL") motion for discharge, ECF No. 17, and for good cause shown, FNWL's motion is **GRANTED**. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. FNWL has established all of the requirements for interpleader relief pursuant to 28 U.S.C. § 1335.

2. FNWL has deposited the sum of **$101,586** with the Clerk of the United States District Court for the District of Nevada. ECF No. 20.

3. The Clerk of the Court has deposited the sum of **$101,586** into an interest-bearing account until such time as the Court makes its order directing disbursement and distribution of these funds. ECF No. 21

4. FNWL is hereby **DISCHARGED** from any and all liability to the defendants and to any person, firm, estate, corporation, or entity on account of or in any way related to FNWL life insurance policy number 009029922 insuring the life of Rudy Eugene Paul Lowrey and/or related to the handling or processing of any claims made under FNWL life insurance policy number 009029922 insuring the life of Rudy Eugene Paul Lowrey.

5. Pursuant to 28 U.S.C. § 2361, Atalanta Lowrey, Nicole Baker, and Christina Lowrey, Individually and as Special Administrator of The Estate of Rudy Eugene Paul Lowrey, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently enjoined from instituting or prosecuting against FNWL any separate proceeding in any state or United States Court or administrative tribunal relating to FNWL life insurance policy number 009029922 insuring the life of Rudy Eugene Paul Lowrey and/or related to the handling or processing of any claims made under FNWL life insurance policy number 009029922 insuring the life of Rudy Eugene Paul Lowrey.

6. Farmers New World Life Insurance Company is hereby **DISMISSED WITH PREJUDICE** from this action.

_____
United States District Judge

Dated: September 5, 2025