UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Farmers New World Life Insurance Company, | Case No. 2:25-cv-00624-CDS-BNW |
| Plaintiff | **Order for Release of Cash Deposit** |
| v. | |
| Atalanta Lowrey, et al., | [ECF No. 20] |
| Defendants | |

On July 3, 2025, plaintiff Farmers New World Life Insurance Company tendered to the Clerk of the Court an interpleader deposit of $101,586.00. ECF Nos. 20, 21. On April 28, 2026, I granted defendant Christina Lowrey's unopposed motion for summary judgment and ordered that the interpleader funds be paid to the Estate of Rudy Eugene Paul Lowrey. ECF No. 26. In that order, the court did not direct the Clerk of Court to release the interpleaded funds. Accordingly, it is ordered that the Clerk of Court is kindly directed to distribute all interpleader funds, plus any accrued interest, held in this case by issuing a check made payable to the Estate of Rudy Eugene Paul Lowrey and remit it to Christina Lowrey's counsel: Stuart James Taylor, Taylor & Leonard Law, PLLC, 1785 Village Center Circle, Suite 110, Las Vegas, Nevada 89134.

Dated: May 5, 2026

_____
Cristina D. Silva
United States District Judge